CALVIN MOSES
45 LAIRD BRINSON RD
PRENTISS, MS 39474

SYNCHRONY
ATTN: BANKRUPTCY
PO BOX 965064
ORLANDO, FL 32896

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

SYNCHRONY BANK
PO BOX 71727
PHILADELPHIA, PA 19176

BAKER DONELSON BEARMAN
1600 W END AVE
NASHVILLE, TN 37203

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15299
WILMINGTON, DE 19850

USAA FEDERAL SAVINGS
ATTN: BANKRUPTCY
9800 FREDERICKSBURG RD
SAN ANTONIO, TX 78288

NAVY FEDERAL CU
ATTN: BANKRUPTCY
PO BOX 3000
MERRIFIELD, VA 22199

REGIONS
1900 FIFTH AVE
BIRMINGHAM, AL 35203

REGIONS BANK
ATTN: BANKRUPTCY
2050 PKWY OFFICE CIR
BIRMINGHAM, AL 35244

SBA
801 TOM MARTIN DR
STE 210
BIRMINGHAM, AL 35211

SBA
C/O US ATTORNEY'S OFFI
501 E COURT ST
STE. 4.430
JACKSON, MS 39201