Certificate Number: 17082-MSS-DE-041127446

Bankruptcy Case Number: 26-50967



17082-MSS-DE-041127446

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 23, 2026, at 12:00 o'clock PM MST, CALVIN MOSES completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   June 23, 2026                By:   /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:   Executive Director