United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                    Case No. 26-50967-KMS

Calvin Moses                                                                    Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                   User: mssbad                    Page 1 of 2

Date Rcvd: Aug 03, 2026            Form ID: n031                  Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Calvin Moses, 45 Laird Brinson Rd, Prentiss, MS 39474-4236 |
| 5685573 | + | Baker Donelson Bearman, 1600 W End Ave, Nashville, TN 37203-3169 |
| 5696250 | | Regions Bank, 1900 5th Avenue N, 28 FLR-ALBH 12803B, Birmingham, AL 35203 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5685574 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 03 2026 19:58:44 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 5697448 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 03 2026 19:57:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5685575 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 03 2026 19:58:00 | Navy Federal CU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22116-3000 |
| 5687452 | | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 03 2026 19:58:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 5685576 | + | Email/Text: newbk@Regions.com | Aug 03 2026 19:57:00 | Regions, 1900 Fifth Ave, Birmingham, AL 35203-2670 |
| 5686678 | + | Email/Text: newbk@Regions.com | Aug 03 2026 19:57:00 | Regions Bank, P O Box 10063, Birmingham, Al 35202-0063 |
| 5685577 | + | Email/Text: newbk@Regions.com | Aug 03 2026 19:57:00 | Regions Bank, Attn: Bankruptcy, 2050 Pkwy Office Cir, Birmingham, AL 35244-1805 |
| 5685578 | + | Email/Text: bankruptcynotices@sba.gov | Aug 03 2026 19:57:00 | SBA, 801 Tom Martin Dr, Ste 210, Birmingham, AL 35211-6426 |
| 5685579 | + | Email/Text: ebone.woods@usdoj.gov | Aug 03 2026 19:57:00 | SBA, c/o US Attorney's Offi, 501 E Court St, Ste. 4.430, Jackson, MS 39201-5025 |
| 5685580 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 03 2026 19:58:32 | Synchrony, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5685581 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 03 2026 19:58:38 | Synchrony Bank, Po Box 71727, Philadelphia, PA 19176-1727 |
| 5685582 | ^ | MEBN | Aug 03 2026 19:52:16 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5685583 | + | Email/Text: bkelectronicnotices@usaa.com | Aug 03 2026 19:57:00 | USAA Federal Savings, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0002 |
| 5689129 | + | Email/Text: RASEBN@raslg.com | Aug 03 2026 19:57:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL |

District/off: 0538-6        User: mssbad        Page 2 of 2

Date Rcvd: Aug 03, 2026        Form ID: n031        Total Noticed: 17

33487-2853

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2026        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Calvin Moses trollins@therollinsfirm.com<br>jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:** 26−50967−KMS
**Chapter:** 13

**In re:**

Calvin Moses
45 Laird Brinson Rd
Prentiss, MS 39474

Notice of Entry of Order Confirming Plan

The Court entered an Order on August 3, 2026 (Dkt. # 14 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: August 3, 2026

Danny L. Miller, Clerk of Court